# UNITED STATES DISTRICT COURT
### for the

### Western District of Arkansas

|  |  |
|---|---|
| United States of America<br>v.<br>Harold S. Hale | )<br>)<br>)<br>)  Case No:  4:05CR40005-001<br>)<br>)  USM No:  02678-078<br>) |

| | |
|---|---|
| Date of Original Judgment:           September 30,2005 | ) |
| Date of Previous Amended | ) |
| Judgment:                    June 17, 2008 | )   John F. Stroud, III |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X  DENIED.          GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*

*the last judgment issued)* of  _____  months **is reduced to**  _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
            U. S. DISTRICT COURT
      WESTERN DISTRICT ARKANSAS
                 FILED

             MAR 0 8 2012

         CHRIS R. JOHNSON CLERK
    BY
             DEPUTY CLERK
```

Except as otherwise provided, all provisions of the judgment dated  ___June 17, 2008___  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  *March 7, 2012*

_____
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

HARRY F. BARNES  U.S. Dist Judge
*Printed name and title*

Senior